UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Maritza Acosta et al.,                                       :

                Plaintiff (s),                  :       04CV2169(LMS)

                -against-                       :       **ORDER**

Family Health Center of Newburgh,                            :
                Defendants(s)
-------------------------------------------------------------x

<u>Smith, MJ.</u>

The Court having been advised that all claims asserted in the above entitled action are settled,

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

                                      So Ordered:

                                      United States Magistrate Judge

Dated: May 2, 2005
      White Plains, New York